DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Guyan International, Inc., dba Permco, et al. ) | |
| ) | CASE NO. 5:10 CV 823 |
| Plaintiffs, ) | |
| ) | |
| v. ) | PARTIAL FINAL JUDGMENT ENTRY |
| ) | UNDER RULE 54(b) |
| Professional Benefits Administrators, Inc., et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith, IT IS HEREBY ORDERED ADJUDGED AND DECREED that partial final judgment, pursuant to the provisions of Fed.R.Civ.P. 54(b), is entered in favor of plaintiff Guyan International dba Permco and against defendant Professional Benefits Administrators with respect to Count 3 of Permco's complaint as against Professional Benefits Administrators.[1]

Accordingly, damages are awarded in favor of Permco and against Professional Benefits Administrators in the amount of $501,380.75.

IT IS SO ORDERED.

  January 7, 2011                             *s/ David D. Dowd, Jr.*
Date                                          David D. Dowd, Jr.
                                              U.S. District Judge

---

[1] Count 3 of Permco's complaint against defendant Robert Hartenstein remains pending.