DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Guyan International, Inc., dba Permco, et al., ) | |
| ) | CASE NO. 5:10 CV 823 |
| Plaintiffs, ) | |
| ) | |
| v. ) | PARTIAL FINAL JUDGMENT ENTRY |
| ) | UNDER RULE 54(b) |
| Professional Benefits Administrators, Inc., et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that partial final judgment, pursuant to the provisions of Fed. R. Civ. P. 54(b), is entered in favor of:

1. Intervening plaintiff Pritchard Mining Company and against defendant Professional Benefits Administrators with respect to Count 1 of Pritchard's amended intervening complaint, and damages are awarded in favor of Pritchard and against Professional Benefits Administrators in the amount of $409,943.88;

2. Intervening plaintiff Hocking, Athens, Perry Community Action Agency and against defendant Professional Benefits Administrators with respect to Count 1 of Hocking, Athens, Perry Community Action Agency's intervening complaint, and damages are awarded in favor of Hocking, Athens, Perry Community Action Agency and against Professional Benefits Administrators in the amount of $384,574.17; and

(5:10 CV 823)

3. Intervening plaintiff Precision Gear and against defendant Professional Benefits Administrators with respect to Precision Gear's claim in its intervening complaint against Professional Benefits Administrators, and damages are awarded in favor of Precision Gear and against Professional Benefits Administrators in the amount of $44,290.12

IT IS SO ORDERED.

| | |
|---|---|
| _May 10, 2011_ | _s/ David D. Dowd, Jr._ |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |